# PD-0850-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

IN THE TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| Johnny Calvin Scott | § | Cause No.:_____ |
| v. | § | Trial Court No.: 135918<sup>1</sup>4R |
| THE STATE OF TEXAS | § | COA Number: 02-14-00183-CR |

## PETITIONER'S SECOND MOTION OF EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner Johnny Calvin Scott, Pro se, brings forth this Motion for Extension of Time to this court and below show such in support of this motion:

1.   Petitioner still has not received a copy of the Reporter's Record and trial court records/transcripts from either his trial or appellate attorney, nor the county reporter or county clerk since this date (Spetember 16, 2015), after several request and needs the record and trial court transcripts to help him in filing his P.D.R.

2.   Petitioner has a diminished mental capacity and has trouble comprehending and reading and writing the english language.

3.   Petitioner is a layman of the law and has no counsel to assist him in these matters.

### PRAYER

For the above reasons, the Petitioner prays that this honorable court GRANT this Second Motion of Extension of TIme.

Johnny Calvin Scott
Pro se

### CERTIFICATE OF SERVICE

I, Johnny Calvin Scott do hereby certify that a true and correct copy of the above Petitioner's Second Motion for Extension of Time to File Petition for Discretionary Review was sent to the following address, first class postage, Pre-Paid on September 16, 2015:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

TEXAS COURT OF CRIMINAL APPEALS
Abel Acosta, Court Clerk
P.O. Box 12308
Capitol Station
Austin, TX 78711

Johnny Calvin Scott

IN THE TEXAS COURT OF CRIMINAL APPEALS

Johnny Calvin Scott       §

v.            §   Cause No.: _____

THE STATE OF TEXAS      §

## ORDER

Came to this court today the Plaintiff's Motion for extension of time to file Petition for Discretionary Review and it is so ordered that the forgoing motion be


_____ GRANTED


_____ DENIED


      Executed this the _____ day of _____

        in the Year 2015, A.D.


                _____
                Presiding Judge